IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0465-ZLW-PAC

LAWRENCE ELLIS,

    Plaintiff,

v.

BRYAN MOON,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April __13__, 2006

    In view of this Court's Order Of Dismissal dated April 12, 2006, it is ORDERED that all pending motions are moot.